closed

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

MOHAMMED MAJED ELOKOUR,

Plaintiff,

v.

SAFETY HOLDINGS, INC. D/B/A SAMBASAFETY,

Defendant.

Case No.: 2:23-cv-08767-JFW-SSCx

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Safety Holdings, Inc. d/b/a Sambasafety, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Safety Holdings, Inc. d/b/a Sambasafety only.

**IT IS SO ORDERED.**

Dated: _4/9/24_

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE